UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Cleon Clark,

        Defendant.

-------------------------------------------------------x

ORDER

Docket No. 22 CR 00447 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Matthew Galluzzo, is to assume representation of the defendant in the above captioned matter as of December 28, 2022. Mr. Galluzzo is appointed pursuant to the Criminal Justice Act. His address is Law Offices of Matthew Galluzzo, PLLC, 11 Broadway, Suite 715, New York, New York 10004; phone number 212-344-5180, Email: matthew.galluzzo@gjllp.com. Daniel Parker is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       December 30, 2022