UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States,

    -against-

Cleon Clark,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 22 CR 00447 (KMK)

KARAS, U.S. DISTRICT JUDGE:

    Howard Tanner, is to assume representation of the defendant in the above captioned matter as of March 21, 2023. Mr. Tanner is appointed pursuant to the Criminal Justice Act. His address is 175 Main Street, Suite 800, White Plains, New York 10601; phone number (914) 358-5998, Email: htanner@tannerortega.com. Mr. Galluzzo is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       March 22, 2023