UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

CLEON CLARK,

                Defendant.

No. 22-CR-447 (KMK)

MOTION SCHEDULING ORDER

---

KENNETH M. KARAS, United States District Judge:

      At a Conference held before the Court on September 7, 2023, the Court adopted the following briefing schedule:

      Defendant's suppression motion will be due no later than November 7, 2023. The Government's response will be due no later than December 7, 2023, and Defendant's reply will be due no later than December 21, 2023.

SO ORDERED.

Dated:   September 7, 2023
           White Plains, New York

_____
KENNETH M. KARAS
United States District Judge