**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

June 5, 2024

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re:   *United States v. Cleon Clark*, 22 Cr. 447 (KMK)
      **Letter Motion to Extend Deadline for Probation Final PSR
      and for Adjournment of Sentence**

Dear Judge Karas:

I am appointed to represent defendant Cleon Clark in the above matter. Mr. Clark previously pled guilty and is scheduled to be sentenced on August 1, 2024 at 2:30 pm. The Probation Office's Final Presentence Report ("PSR") is due by June 10, 2024. I am awaiting certain subpoenaed educational, social security and other records to assist my defense expert in preparing a forensic report for mitigation of sentence. It is very likely that I will want to provide a copy of that report to Probation and the Government for their consideration in formulating their sentence recommendations to the Court.

I therefore write to the Court to seek an eight week extension, to August 5, 2024, of the Probation Office's deadline for submission of the defendant's Final PSR and an adjournment of sentence to September 16, 2024 at 10:30 am, which I understand is a convenient time for the Court and the parties. The Government and Probation Office have no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Granted.

So Ordered.
*[signature]*
6/5/24

Very truly yours,

Tanner & Ortega, L.L.P.

*[signature]*

Howard E. Tanner

cc:   AUSA Kaiya Arroyo (By ECF and Email/PDF)
      USPO Nichole Brown-Morin (By Email/PDF)